JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISCO J. GALVEZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>PINNACLE WORKFORCE LOGISTICS, LLC, a Delaware Limited Liability Company; ROADLINK WAREHOUSE SOLUTIONS, a business of unknown entity; ROADLINK INTERMODAL LOGISTICS, a business of unknown entity; ROADLINK INC., a business of unknown entity; and DOES 1 - 25, inclusive,<br><br>Defendants. | Case No.: **2:17-CV-04496-AB-PLA**<br><br>**ORDER TO DISMISS THE ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: 01/26/2017<br>Trial Date: None |

[PROPOSED] ORDER TO DISMISS - 1

Upon good cause being shown, it is hereby ORDERED, pursuant to the parties' September 29, 2017 Stipulation re Settlement, that Plaintiff's claims as set forth in the operative complaint are dismissed with prejudice. Each side to bear their own fees and costs with respect to the foregoing dismissal.

IT IS SO ORDERED.

Dated: 10/13/2017

Hon. Judge André Birotte Jr.
United States District Judge